1  **LAW OFFICES OF DALE K. GALIPO**
   Dale K. Galipo, Esq. (SBN 144074)
2  dalekgalipo@yahoo.com
   Marcel F. Sincich, Esq. (SBN 319508)
3  msincich@galipolaw.com
   21800 Burbank Boulevard, Suite 310
4  Woodland Hills, CA 91367
   Telephone:   (818) 347-3333
5  Facsimile:   (818) 347-4118

6  **LAW OFFICES OF GRECH & PACKER**
   Trenton C. Packer (SBN 241057)
7  tpacker@grechpackerlaw.com
   7095 Indiana Ave Ste 200
8  Riverside, CA 92506
   Phone: (951) 682-9311

9
   *Attorneys for Plaintiffs*
10

11           **UNITED STATES DISTRICT COURT**

12           **CENTRAL DISTRICT OF CALIFORNIA**

13

14  SHAMEKA DRYE; L.N.M.D.; J.C.T.D.;          Case No. 5:23-cv-02152
    D.R.D.; A.M.D.; P.N.K.D.; and
15  DANNIE-ANN CONNER,                         **CONSENT OF NOMINEE OF**
                                               **SHAMEKA DRYE FOR**
16                                             **APPOINTMENT AS GUARDIAN**
                                               *AD LITEM* **FOR MINOR**
17          Plaintiffs,                        **PLAINTIFF D.R.D.**

18      v.                                     (Fed. R. Civ. P. 17(c) and Cal Code
                                               Civ. Proc. §372)
19
    CITY OF HEMET; and DOES 1-10,              [Application for Appointment as
20  inclusive,                                 Guardian *ad litem*; Proposed Order
                                               *filed concurrently herewith*]
21          Defendants.
                                               [Cal. Code Civ. Proc. §373]
22

23

24

25

26

27

28

**CONSENT OF NOMINEE**

     I, Shameka Drye, the nominee and natural mother of D.R.D. who is a minor Plaintiff in the above-referenced action, consent to act as guardian *ad litem* for D.R.D. in the above-referenced action.

     I declare, under penalty of perjury and under the laws of the State of California and United States of America, that the foregoing is true and correct.

Executed this 18th day of October 2023, in City of Hemet, California.


_____

Shameka Drye

CONSENT OF NOMINEE SHAMEKA DRYE FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF D.R.D.