**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

**LAW OFFICES OF GRECH & PACKER**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEKA DRYE; L.N.M.D.; J.C.T.D.; D.R.D.; A.M.D.; P.N.K.D.; and DANNIE-ANN CONNER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HEMET; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:23-cv-02152<br><br>**APPLICATION OF SHAMEKA DRYE FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF J.C.T.D.**<br><br>**[Fed. R. Civ. P. 17(c) and Cal. Code Civ. Proc. §373]**<br><br>[Consent of Nominee to Appointment as Guardian *Ad Litem* and Proposed Order *filed concurrently herewith*) |

1

APPLICATION OF SHAMEKA DRYE FOR APPOINTMENT AS GUARDIAN *AD LITEM*
FOR MINOR PLAINTIFF J.C.T.D.

## APPLICATION OF SHAMEKA DRYE FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF J.C.T.D.

1. J.C.T.D. is a minor Plaintiff in the above-referenced case.

2. J.C.T.D. was born on December 19, 2013, and is nine (9) years old.

3. I, Shameka Drye, am the natural mother of minor Plaintiff J.C.T.D.

4. Minor Plaintiff J.C.T.D. has claims, as alleged in the complaint filed in the herein action, arising out of the violation of her civil rights and her father's civil rights. On February 21, 2023, officers working for the City of Hemet Police Department shot and killed decedent Christian Drye, the natural father of minor Plaintiff J.C.T.D.

5. Shameka Drye is a plaintiff in this matter; however, has no interest potentially adverse to minor Plaintiff J.C.T.D., all plaintiffs have favorable interests.

6. Shameka Drye is a resident of Hemet, County of Riverside, in the State of California.

7. Shameka Drye is a responsible adult and fully competent to understand and protect the rights of said minor. *See* Consent of Nominee to Appointment as Guardian *ad litem* for J.C.T.D. filed concurrently herewith.

Plaintiff therefore respectfully requests an order appointing Shameka Drye as Guardian *ad litem* for minor Plaintiff J.C.T.D.

DATED: October 20, 2023

By: _____
Shameka Drye, [proposed] guardian *ad litem*

DATED: October 20, 2023

**LAW OFFICES OF DALE K. GALIPO**
**LAW OFFICES OF GRECH & PACKER**

By: _____/s/ Dale K. Galipo_____
Dale K. Galipo
*Attorney for Plaintiffs*