**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAMEKA DRYE; L.N.M.D.; J.C.T.D.; D.R.D.; A.M.D.; P.N.K.D.; and DANNIE-ANN CONNER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HEMET; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:23-cv-02152<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF SHAMEKA DRYE FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR J.C.T.D.** |

1

[PROPOSED] ORDER RE SHAMEKA DRYE APPLICATION FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF J.C.T.D.

# [PROPOSED] ORDER GRANTING APPLICATION OF SHAMEKA DRYE FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF J.C.T.D.

This Court, having reviewed and considered the Application of Shameka Drye for Appointment as Guardian *Ad Litem* for minor Plaintiff J.C.T.D.; and the Consent of Nominee of Shameka Drye for Appointment as Guardian *Ad Litem* for minor Plaintiff J.C.T.D., and good cause appearing, it is hereby ordered as follows:

Shameka Drye is hereby appointed as Guardian *Ad Litem* for minor Plaintiff J.C.T.D.

**IT IS SO ORDERED.**

DATED:

_____

UNITED STATES DISTRICT COURT

2

[PROPOSED] ORDER RE SHAMEKA DRYE APPLICATION FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF J.C.T.D.