**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

**LAW OFFICES OF GRECH & PACKER**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEKA DRYE; L.N.M.D.; J.C.T.D.; D.R.D.; A.M.D.; P.N.K.D.; and DANNIE-ANN CONNER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HEMET; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:23-cv-02152<br><br>**DECLARATION OF PLAINTIFF, SHAMEKA DRYE, INDIVIDUALLY AND AS GUADIAN AD LITEM ON BEHALF OF MINOR PLAINTIFFS L.N.M.D, J.C.T.D., D.R.D., A.M.D., AND P.N.K.D, PURSUANT TO SECTION 377.32 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE**<br><br>[Death Certificate *filed concurrently herewith*) |

# DECLARATION OF PLAINTIFF, SHAMEKA DRYE PURSUANT TO SECTION 377.32 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE

I, SHAMEKA DRYE, declare as follows:

1. I am a competent adult over the age of eighteen (18) years. I have personal knowledge of the facts contained in this declaration, and if called as a witness I could and would testify competently to the truth of the facts stated herein. I make this declaration on my own behalf and as Guardian *Ad Litem* on behalf of minor Plaintiffs L.N.M.D, J.C.T.D., D.R.D., A.M.D., and P.N.K.D.

2. Decedent CHRISTIAN DRYE, died on February 21, 2023 in the County of Riverside, California.

3. I am the surviving wife of the decedent.

4. Minor Plaintiffs L.N.M.D, J.C.T.D., D.R.D., A.M.D., and P.N.K.D. each are the surviving natural children of the decedent.

5. No proceeding is now pending in California for administration of the decedent's estate. Further, no proceeding for admission of decedent's estate is pending in any other state court at this time.

6. The declarants, SHAMEKA DRYE, L.N.M.D, J.C.T.D., D.R.D., A.M.D., and P.N.K.D., are all the decedent's successors in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeed to the decedent's interest in the action or proceeding.

7. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding besides the equal rights of Plaintiffs SHAMEKA DRYE, L.N.M.D, J.C.T.D., D.R.D., A.M.D., and P.N.K.D. Decedent has no other children besides minor Plaintiffs listed herein.

8. A certified copy of decedent's death certificate is attached hereto as Exhibit "A."

I, SHAMEKA DRYE, individually and as Guardian *Ad Litem*, declares under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 18th day of October 2023, in County of Riverside, California.

_____
Shameka Drye, individually and as guardian *ad litem*