# "EXHIBIT A"

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF RIVERSIDE
## RIVERSIDE, CALIFORNIA

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA

STATE FILE NUMBER: 3052023053832
LOCAL REGISTRATION NUMBER: 3202333003448

### Decedent's Personal Data
- 1. Name of Decedent – First (Given): **CHRISTIAN**
- 2. Middle: **TAYLOR**
- 3. Last (Family): **DRYE**
- 4. Date of Birth: 12/31/1992
- 5. Age: 30 Yrs
- 6. Sex: M
- 9. Birth State/Foreign Country: AZ
- 10. Social Security Number: [redacted]
- 11. Ever in U.S. Armed Forces: NO
- 12. Marital Status/SRDP: MARRIED
- 7. Date of Death: 01/21/2023
- 8. Hour (24 Hours): 1139
- 13. Education – Highest Level/Degree: 11
- 14/15. Was Decedent Hispanic/Latino(a)/Spanish?: NO
- 16. Decedent's Race: WHITE
- 17. Usual Occupation: CAREGIVER
- 18. Kind of Business or Industry: HEALTH CARE
- 19. Years in Occupation: 5

### Usual Residence
- 20. Decedent's Residence: 820 SOUTH STATE ST
- 21. City: HEMET
- 22. County/Province: RIVERSIDE
- 23. Zip Code: 92543
- 24. Years in County: 29
- 25. State/Foreign Country: CA

### Informant
- 26. Informant's Name, Relationship: SHAMEKA MONIQUE WALKER, WIFE
- 27. Informant's Mailing Address: 820 SOUTH STATE ST, HEMET, CA 92543

### Spouse/SRDP and Parent Information
- 28. Name of Surviving Spouse/SRDP – First: SHAMEKA
- 29. Middle: MONIQUE
- 30. Last (Birth Name): WALKER
- 31. Name of Father/Parent – First: UNKNOWN
- 32. Middle: UNKNWON
- 33. Last: UNKNOWN
- 34. Birth State: UNK
- 35. Name of Mother/Parent – First: DANNIE
- 36. Middle:
- 37. Last (Birth Name): CONNER
- 38. Birth State: AZ

### Funeral Director / Local Registrar
- 39. Disposition Date: 03/24/2023
- 40. Place of Final Disposition: RESIDENCE OF SHAMEKA MONIQUE WALKER, 820 SOUTH STATE ST, HEMET, CA 92543
- 41. Type of Disposition(s): CREMATE/RESIDENCE
- 42. Signature of Embalmer: CARRIE L TORRES
- 43. License Number: EMB9706
- 44. Name of Funeral Establishment: DEARLY BELOVED MORTUARY SERVICES
- 45. License Number: FD2462
- 46. Signature of Local Registrar: GEOFFREY LEUNG, M.D., ED. M.
- 47. Date: 03/13/2023

### Place of Death
- 101. Place of Death: HEMET GLOBAL MEDICAL CENTER
- 102. If Hospital, Specify One: ER/OP
- 104. County: RIVERSIDE
- 105. Facility Address: 1117 E DEVONSHIRE AVE
- 106. City: HEMET

### Cause of Death
- 107. Cause of Death:
  - (A) Immediate Cause: PENDING
- 108. Death Reported to Coroner: YES
- Referral Number: 2023-01552
- 109. Biopsy Performed: NO
- 110. Autopsy Performed: YES
- 111. Used in Determining Cause: YES
- 113. Was Operation Performed: NO
- 113A. Decedent Pregnant in Last Year: NO

### Physician's Certification
(blank)

### Coroner's Use Only
- 119. Manner of Death: Pending Investigation
- 120. Injured at Work: (blank)
- 126. Signature of Coroner / Deputy Coroner: MICHAEL YTURRALEZ
- 127. Date: 03/10/2023
- 128. Type Name, Title of Coroner / Deputy Coroner: MICHAEL YTURRALEZ, DEP CORONER

---

**CERTIFIED COPY OF VITAL RECORD**

STATE OF CALIFORNIA
COUNTY OF RIVERSIDE } ss

This is a true and exact reproduction of the document officially registered and placed on file by the Riverside University Health System, Department of Public Health.

*002191840*

DATE ISSUED: **Mar 30, 2023**

Dr. Geoffrey Leung, M.D., Ed.M., County Health Officer
RIVERSIDE COUNTY, CALIFORNIA

This copy is not valid unless prepared on an engraved border, displaying the date, seal, and signature of the Registrar.

