UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 23-2152-JGB (KKx)** | Date: | October 23, 2023 |
| Title: | ***Shameka Drye, et al. v. City of Hemet*** | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| RACHEL MAURICE | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:     (In Chambers) Order Denying Applications for Appointment as Guardian Ad Litem [Dkts. 6, 7, 8, 9, 10]**

On October 20, 2023, plaintiffs filed Applications seeking an Order appointing Shameka Drye as guardian ad litem for minor plaintiffs A.M.D., D.R.D., J.C.T.D., L.N.M.D., and P.N.K.D. in this matter. Drye is the mother of A.M.D., D.R.D., J.C.T.D., L.N.M.D., and P.N.K.D. Drye is also herself a plaintiff in this action.

The Court finds that Shameka Drye may have a potential conflict of interest in representing A.M.D., D.R.D., J.C.T.D., L.N.M.D., and P.N.K.D. as their guardian ad litem in this matter, since she is also a plaintiff. Among other things, Drye's interests during settlement deliberations could diverge from those of A.M.D., D.R.D., J.C.T.D., L.N.M.D., and P.N.K.D. See Garrick v. Weaver, 888 F.2d 687, 693 (10th Cir. 1989) (conflict of interest where parent and minor children are claimants to the same settlement fund); Williams v. Superior Court, 147 Cal. App. 4th 36, 50 (2007) ("[I]f the parent has an actual or potential conflict of interest with his child, the parent has no right to control or influence the child's litigation.").

Accordingly, the Applications for appointment of Shameka Drye as guardian ad litem are DENIED. **No later than December 22, 2023**, plaintiffs' counsel must propose to the Court an alternative, non-conflicted guardian ad litem. Counsel may wish to contact the Los Angeles County Probate Volunteer panel or an equivalent panel or bar association in Riverside County.

**IT IS SO ORDERED.**