1 | **LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
2 | dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
3 | msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
4 | Woodland Hills, CA 91367
Telephone:  (818) 347-3333
5 | Facsimile:  (818) 347-4118

6 | **LAW OFFICES OF GRECH & PACKER**
Trenton C. Packer (SBN 241057)
7 | tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
8 | Riverside, CA 92506
Phone: (951) 682-9311
9 |
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| SHAMEKA DRYE; L.N.M.D.; J.C.T.D.; D.R.D.; A.M.D.; P.N.K.D.; and DANNIE-ANN CONNER, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HEMET; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 5:23-cv-02152 <br><br> **CONSENT OF NOMINEE OF KARA CONNER FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF L.N.M.D.** <br><br> (Fed. R. Civ. P. 17(c) and Cal Code Civ. Proc. §372) <br><br> [Application for Appointment as Guardian *ad litem*; Proposed Order *filed concurrently herewith*] <br><br> [Cal. Code Civ. Proc. §373] |
|---|---|

**CONSENT OF NOMINEE**

I, Kara Conner, the nominee of L.N.M.D. who is a minor Plaintiff in the above-referenced action, consent to act as guardian *ad litem* for L.N.M.D. in the above-referenced action.

I declare, under penalty of perjury and under the laws of the State of California and United States of America, that the foregoing is true and correct.

Executed this 30th day of October 2023, in City of Hemet, California.

_____
Kara Conner

---

2
CONSENT OF NOMINEE KARA CONNER FOR APPOINTMENT AS GUARDIAN *AD LITEM*
FOR MINOR PLAINTIFF L.N.M.D.