1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAMEKA DRYE; L.N.M.D.; J.C.T.D.; D.R.D.; A.M.D.; P.N.K.D.; and DANNIE-ANN CONNER,<br><br>                 Plaintiffs,<br><br>        v.<br><br>CITY OF HEMET; and DOES 1-10, inclusive,<br><br>                 Defendants. | Case No. 5:23-cv-02152<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF KARA CONNER FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR L.N.M.D.** |

1

1

2

3

**[PROPOSED] ORDER GRANTING APPLICATION OF KARA CONNER FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF L.N.M.D.**

4       This Court, having reviewed and considered the Application of Kara Conner

5 for Appointment as Guardian *Ad Litem* for minor Plaintiff L.N.M.D.; and the

6 Consent of Nominee of Kara Conner for Appointment as Guardian *Ad Litem* for

7 minor Plaintiff L.N.M.D., and good cause appearing, it is hereby ordered as follows:

8       Kara Conner is hereby appointed as Guardian *Ad Litem* for minor Plaintiff

9 L.N.M.D.

10

11    **IT IS SO ORDERED.**

12

13 DATED: _____          _____

14                                    KENLY KIYA KATO

15                                    UNITED STATES MAGISTRATE COURT

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE KARA CONNER APPLICATION FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF L.N.M.D.