1  **LAW OFFICES OF DALE K. GALIPO**
   Dale K. Galipo, Esq. (SBN 144074)
2  dalekgalipo@yahoo.com
   Marcel F. Sincich, Esq. (SBN 319508)
3  msincich@galipolaw.com
   21800 Burbank Boulevard, Suite 310
4  Woodland Hills, CA 91367
   Telephone:   (818) 347-3333
5  Facsimile:   (818) 347-4118

6  **LAW OFFICES OF GRECH & PACKER**
   Trenton C. Packer (SBN 241057)
7  tpacker@grechpackerlaw.com
   7095 Indiana Ave Ste 200
8  Riverside, CA 92506
   Phone: (951) 682-9311
9
   *Attorneys for Plaintiffs*
10

11              **UNITED STATES DISTRICT COURT**

12             **CENTRAL DISTRICT OF CALIFORNIA**

13

14  SHAMEKA DRYE; L.N.M.D.; J.C.T.D.;          Case No. 5:23-cv-02152
    D.R.D.; A.M.D.; P.N.K.D.; and
15  DANNIE-ANN CONNER,                          **APPLICATION OF KARA
                                                CONNER FOR APPOINTMENT
16                                              AS GUARDIAN *AD LITEM* FOR
                                                MINOR PLAINTIFF P.N.K.D.**
17              Plaintiffs,
                                                **[Fed. R. Civ. P. 17(c) and Cal. Code
18      v.                                      Civ. Proc. §373]**

19                                              [Consent of Nominee to Appointment
    CITY OF HEMET; and DOES 1-10,              as Guardian *Ad Litem* and Proposed
20  inclusive,                                  Order *filed concurrently herewith*)

21              Defendants.

22

23

24

25

26

27

28
                                     1

**APPLICATION OF KARA CONNER FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF P.N.K.D.**

1.    P.N.K.D. is a minor Plaintiff in the above-referenced case.

2.    P.N.K.D. is one (1) year old.

3.    I, Kara Conner, am the sister of Decedent, Christian Drye, and the aunt of minor Plaintiff P.N.K.D.

4.    Minor Plaintiff P.N.K.D. has claims, as alleged in the complaint filed in the herein action, arising out of the violation of her civil rights and her father's civil rights. On February 21, 2023, officers working for the City of Hemet Police Department shot and killed decedent Christian Drye, the natural father of minor Plaintiff P.N.K.D.

5.    I am not a plaintiff in this matter and have no interest potentially adverse to minor Plaintiff P.N.K.D.

6.    I am a resident of Hemet, County of Riverside, in the State of California.

7.    I am a responsible adult and fully competent to understand and protect the rights of said minor. *See* Consent of Nominee to Appointment as Guardian *ad litem* for P.N.K.D. filed concurrently herewith.

Plaintiff therefore respectfully requests an order appointing Kara Conner as Guardian *ad Litem* for minor Plaintiff P.N.K.D.

DATED:    October 31, 2023    By: _____

    Kara Conner, [proposed] guardian *ad litem*

DATED:    October 31, 2023    **LAW OFFICES OF DALE K. GALIPO**
    **LAW OFFICES OF GRECH & PACKER**

    By: _____*/s/ Trenton C. Packer*_____
    Trenton C. Packer
    *Attorney for Plaintiffs*