1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SHAMEKA DRYE; L.N.M.D.; J.C.T.D.;
D.R.D.; A.M.D.; P.N.K.D.; and
DANNIE-ANN CONNER,

        Plaintiffs,

    v.

CITY OF HEMET; and DOES 1-10,
inclusive,

        Defendants.

Case No. 5:23-cv-02152

**[PROPOSED] ORDER GRANTING
APPLICATION OF KARA
CONNER FOR APPOINTMENT
AS GUARDIAN *AD LITEM* FOR
MINOR P.N.K.D.**

1

1  **[PROPOSED] ORDER GRANTING APPLICATION OF KARA CONNER**
2  **FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR**
3  **PLAINTIFF P.N.K.D.**

4    This Court, having reviewed and considered the Application of Kara Conner
5  for Appointment as Guardian *Ad Litem* for minor Plaintiff P.N.K.D.; and the
6  Consent of Nominee of Kara Conner for Appointment as Guardian *Ad Litem* for
7  minor Plaintiff P.N.K.D., and good cause appearing, it is hereby ordered as follows:
8    Kara Conner is hereby appointed as Guardian *Ad Litem* for minor Plaintiff
9  P.N.K.D.

10

11  **IT IS SO ORDERED.**

12

13  DATED: _____        _____

14                                  KENLY KIYA KATO

15                                  UNITED STATES MAGISTRATE COURT

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER re KARA CONNER APPLICATION FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF P.N.K.D.