**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone:  (818) 347-3333
Facsimile:   (818) 347-4118

**LAW OFFICES OF GRECH & PACKER**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEKA DRYE; L.N.M.D.; J.C.T.D.; D.R.D.; A.M.D.; P.N.K.D.; and DANNIE-ANN CONNER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HEMET; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:23-cv-02152<br><br>**APPLICATION OF KARA CONNER FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF J.C.T.D.**<br><br>**[Fed. R. Civ. P. 17(c) and Cal. Code Civ. Proc. §373]**<br><br>[Consent of Nominee to Appointment as Guardian *Ad Litem* and Proposed Order *filed concurrently herewith*) |

1

APPLICATION OF KARA CONNER FOR APPOINTMENT AS GUARDIAN *AD LITEM*
FOR MINOR PLAINTIFF J.C.T.D.

## APPLICATION OF KARA CONNER FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF J.C.T.D.

1. J.C.T.D. is a minor Plaintiff in the above-referenced case.

2. J.C.T.D. is nine (9) years old.

3. I, Kara Conner, am the sister of decedent, Christian Drye, and the aunt of minor Plaintiff J.C.T.D.

4. Minor Plaintiff J.C.T.D. has claims, as alleged in the complaint filed in the herein action, arising out of the violation of her civil rights and her father's civil rights. On February 21, 2023, officers working for the City of Hemet Police Department shot and killed decedent Christian Drye, the natural father of minor Plaintiff J.C.T.D.

5. I am not a plaintiff in this matter and have no interest potentially adverse to minor Plaintiff J.C.T.D.

6. I am a resident of Hemet, County of Riverside, in the State of California.

7. I am a responsible adult and fully competent to understand and protect the rights of said minor. *See* Consent of Nominee to Appointment as Guardian *ad litem* for J.C.T.D. filed concurrently herewith.

Plaintiff therefore respectfully requests an order appointing Kara Conner as Guardian *ad Litem* for minor Plaintiff J.C.T.D.

DATED: October 31, 2023       By: _____
                              Kara Conner, [proposed] guardian *ad litem*

DATED: October 31, 2023       **LAW OFFICES OF DALE K. GALIPO**
                              **LAW OFFICES OF GRECH & PACKER**

                              By: _____*/s/ Trenton C. Packer*_____
                                  Trenton C. Packer
                                  *Attorney for Plaintiffs*