1
2
3
4
5
6
7
8
9
10

11          **UNITED STATES DISTRICT COURT**

12          **CENTRAL DISTRICT OF CALIFORNIA**

13

14   SHAMEKA DRYE; L.N.M.D.; J.C.T.D.;          Case No. 5:23-cv-02152
     D.R.D.; A.M.D.; P.N.K.D.; and
15   DANNIE-ANN CONNER,
                                                **[PROPOSED] ORDER GRANTING**
16                                              **APPLICATION OF KARA**
              Plaintiffs,                       **CONNER FOR APPOINTMENT**
17                                              **AS GUARDIAN *AD LITEM* FOR**
                                                **MINOR J.C.T.D.**
18        v.

19   CITY OF HEMET; and DOES 1-10,
20   inclusive,

21
              Defendants.
22

23
24
25
26
27
28

**[PROPOSED] ORDER GRANTING APPLICATION OF KARA CONNER FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF J.C.T.D.**

This Court, having reviewed and considered the Application of Kara Conner for Appointment as Guardian *Ad Litem* for minor Plaintiff J.C.T.D.; and the Consent of Nominee of Kara Conner for Appointment as Guardian *Ad Litem* for minor Plaintiff J.C.T.D., and good cause appearing, it is hereby ordered as follows:

Kara Conner is hereby appointed as Guardian *Ad Litem* for minor Plaintiff J.C.T.D.

**IT IS SO ORDERED.**

DATED: _____          _____

KENLY KIYA KATO

UNITED STATES MAGISTRATE COURT

[PROPOSED] ORDER RE KARA CONNER APPLICATION FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF J.C.T.D.