UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 23-2152-JGB (KKx)** | Date: | November 1, 2023 |
|---|---|---|---|
| Title: | ***Shameka Drye, et al. v. City of Hemet*** | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| RACHEL MAURICE | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(In Chambers) Order**

      The Court is in receipt of plaintiffs' Applications seeking an Order appointing Kara Conner as guardian ad litem for minor plaintiffs A.M.D., D.R.D., J.C.T.D., L.N.M.D., and P.N.K.D. ("Applications").  Dkts. 18, 19, 20, 21, 22.  However, the Applications do not contain a statement signed under penalty of perjury that substantially conforms to the California Superior Court Application for Appointment of Guardian Ad Litem, Form CIV-010, including a statement signed under penalty of perjury that the proposed guardian ad litem is fully competent and qualified to understand and protect the rights of minor plaintiffs A.M.D., D.R.D., J.C.T.D., L.N.M.D., and P.N.K.D. and has no interests adverse to their interests.  Accordingly, the Applications are DENIED without prejudice.

      **IT IS SO ORDERED.**