**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

**LAW OFFICES OF GRECH & PACKER**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEKA DRYE; L.N.M.D.; J.C.T.D.; D.R.D.; A.M.D.; P.N.K.D.; and DANNIE-ANN CONNER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HEMET; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:23-cv-02152 JGB (KKx)<br><br>*Assigned to*:<br>Hon. Jesus G. Bernal<br>Hon. Kenly K. Kato<br><br>**APPLICATION OF MINOR PLAINTIFF D.R.D. FOR THE APPOINTMENT OF KARA CONNER AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF D.R.D. AND CONSENT OF NOMINEE**<br><br>**[Fed. R. Civ. P. 17(c) and Cal. Code Civ. Proc. §373]**<br><br>[Proposed Order *filed concurrently herewith*) |

**APPLICATION OF MINOR PLAINTIFF D.R.D. FOR THE APPOINTMENT OF KARA CONNER AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF D.R.D.**

1. This application is being made by minor Plaintiff D.R.D., who is a Plaintiff in the above-referenced case. Minor Plaintiff D.R.D. may be contacted through Plaintiffs' counsel listed above.

2. Minor Plaintiff D.R.D. is eight (8) years old with a date of birth of April 22, 2015.

3. Minor Plaintiff D.R.D. seeks the appointment of Kara Conner as Guardian *ad Litem* for minor Plaintiff D.R.D.

4. Kara Conner is a resident of the State of California and may be reached through Plaintiffs' counsel. Nevertheless, is located at 1040 20th St. Apt 704, San Diego, CA 92102.

5. The proposed Guardian *ad Litem*, Kara Conner, is to represent the interest of minor Plaintiff D.R.D. in the above referenced matter.

6. Kara Conner should be appointed as Guardian *ad Litem* for minor Plaintiff D.R.D. because minor Plaintiff D.R.D. has causes of action on which suit has been brought as described in Plaintiffs' Complaint for Damages (Doc. 1). Minor Plaintiff D.R.D. has an interest in the following survival and wrongful death claims: unreasonable detention and arrest of Christian Drye in violation of his Fourth Amendment rights pursuant to 42 U.S.C. §1983; excessive force used against Christian Drye in violation of his Fourth Amendment rights pursuant to 42 U.S.C. §1983; supervisor liability pursuant to 42 U.S.C. §1983; unconstitutional custom and practice pursuant to 42 U.S.C. §1983; ratification pursuant to 42 U.S.C. §1983; failure to train pursuant to 42 U.S.C. §1983; false arrest/false imprisonment pursuant to state law; battery pursuant to state law; negligence pursuant to state law; and violation of the Bane Act pursuant to California Civil Code §52.1.

7. Each of the above causes of action are related to the alleged unconstitutional and unreasonable use of force and unreasonable tactics used against Decedent Christian Drye, on February 21, 2023, in County of Riverside, California, by officers working for the City of Hemet Police Department.

8. Decedent Christian Drye is the natural father of minor Plaintiff D.R.D.

9. The appointment of a guardian *ad litem* is necessary in this action to protect the rights of minor Plaintiff D.R.D. and because Plaintiff D.R.D. is a minor and the mother of minor Plaintiff D.R.D. is also a Plaintiff in this action and has claims against the Defendants. Further, minor Plaintiff D.R.D.'s mother, Plaintiff Shameka Drye's application to be guardian *ad litem* was denied (Doc. 16).

10. The proposed guardian *ad litem*, Kara Conner is the sister of Decedent Christian Drye and the aunt of minor Plaintiff D.R.D., the person she will be representing.

11. The proposed guardian *ad litem*, Kara Conner, is a responsible adult, fully competent and qualified to understand and protect the rights of the person she will represent, minor Plaintiff D.R.D., and has no interests adverse to the interests of minor Plaintiff D.R.D. Kara Conner is not a plaintiff in this matter.

Plaintiff therefore respectfully requests an order appointing Kara Conner as Guardian *ad Litem* for minor Plaintiff D.R.D.

**DECLARATION OF MARCEL F. SINCICH**

12. I, Marcel F. Sincich, am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I am one of the attorneys of record for minor Plaintiff D.R.D. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

13. This application is being made by minor Plaintiff D.R.D., who is a Plaintiff in the above-referenced case. Minor Plaintiff D.R.D. may be contacted through Plaintiffs' counsel listed above.

14. Minor Plaintiff D.R.D. is eight (8) years old with a date of birth of April 22, 2015.

15. Minor Plaintiff D.R.D. seeks the appointment of Kara Conner as Guardian *ad Litem* for minor Plaintiff D.R.D.

16. Kara Conner is a resident of the State of California and may be reached through Plaintiffs' counsel. Nevertheless, is located at 1040 20th St. Apt 704, San Diego, CA 92102.

17. The proposed Guardian *ad Litem*, Kara Conner, is to represent the interest of minor Plaintiff D.R.D. in the above referenced matter.

18. Kara Conner should be appointed as Guardian *ad Litem* for minor Plaintiff D.R.D. because minor Plaintiff D.R.D. has causes of action on which suit has been brought as described in Plaintiffs' Complaint for Damages (Doc. 1). Minor Plaintiff D.R.D. has an interest in the following survival and wrongful death claims: unreasonable detention and arrest of Christian Drye in violation of his Fourth Amendment rights pursuant to 42 U.S.C. §1983; excessive force used against Christian Drye in violation of his Fourth Amendment rights pursuant to 42 U.S.C. §1983; supervisor liability pursuant to 42 U.S.C. §1983; unconstitutional custom and practice pursuant to 42 U.S.C. §1983; ratification pursuant to 42 U.S.C. §1983; failure to train pursuant to 42 U.S.C. §1983; false arrest/false imprisonment pursuant to state law; battery pursuant to state law; negligence pursuant to state law; and violation of the Bane Act pursuant to California Civil Code §52.1.

19. Each of the above causes of action are related to the alleged unconstitutional and unreasonable use of force and unreasonable tactics used against Decedent Christian Drye, on February 21, 2023, in County of Riverside, California, by officers working for the City of Hemet Police Department.

20. Decedent Christian Drye is the natural father of minor Plaintiff D.R.D.

21. The appointment of a guardian *ad litem* is necessary in this action to protect the rights of minor Plaintiff D.R.D. and because Plaintiff D.R.D. is a minor and the mother of minor Plaintiff D.R.D. is also a Plaintiff in this action and has claims against the Defendants. Further, minor Plaintiff D.R.D.'s mother, Plaintiff Shameka Drye's application to be guardian *ad litem* was denied (Doc. 16).

22. The proposed guardian *ad litem*, Kara Conner is the sister of Decedent Christian Drye and the aunt of minor Plaintiff D.R.D., the person she will be representing.

23. To my knowledge, the proposed guardian *ad litem*, Kara Conner, is a responsible adult, fully competent and qualified to understand and protect the rights of the person she will represent, minor Plaintiff D.R.D., and has no interests adverse to the interests of minor Plaintiff D.R.D. Kara Conner is not a plaintiff in this matter.

On behalf of minor Plaintiff D.R.D., I declare under penalty of perjury under the laws of the State of California and United States of America, that the forgoing is true and correct. Executed this 6th day of November 2023.

_____
Marcel F. Sincich

**DECLARATION & CONSENT OF NOMINEE KARA CONNER**

24. I, Kara Conner, declare under penalty of perjury under the laws of the State of California that the forgoing Application for the Appointment of Kara Conner as Guardian *ad Litem* for Minor Plaintiff D.R.D. is true and correct.

25. I, Kara Conner, the nominee for minor Plaintiff D.R.D. who is a minor Plaintiff in the above-referenced action, consent to act as Guardian *ad Litem* for D.R.D. in the above-referenced action.

26. Minor Plaintiff D.R.D. is eight (8) years old with a date of birth of April 22, 2015.

27. I am a resident of the State of California and may be reached through Plaintiffs' counsel. Nevertheless, is located at 1040 20th St. Apt 704, San Diego, CA 92102.

28. It is my understanding that minor Plaintiff D.R.D. has causes of action on which suit has been brought as described in Plaintiffs' Complaint for Damages (Doc. 1). Minor Plaintiff D.R.D. has an interest in the following survival and wrongful death claims: unreasonable detention and arrest of Christian Drye in violation of his Fourth Amendment rights pursuant to 42 U.S.C. §1983; excessive force used against Christian Drye in violation of his Fourth Amendment rights pursuant to 42 U.S.C. §1983; supervisor liability pursuant to 42 U.S.C. §1983; unconstitutional custom and practice pursuant to 42 U.S.C. §1983; ratification pursuant to 42 U.S.C. §1983; failure to train pursuant to 42 U.S.C. §1983; false arrest/false imprisonment pursuant to state law; battery pursuant to state law; negligence pursuant to state law; and violation of the Bane Act pursuant to California Civil Code §52.1.

29. It is my understanding that each of the above causes of action are related to the alleged unconstitutional and unreasonable use of force and unreasonable tactics used against Decedent Christian Drye, on February 21, 2023, in County of Riverside, California, by officers working for the City of Hemet Police Department.

30. Decedent Christian Drye is the natural father of minor Plaintiff D.R.D.

31. It is my understanding that the appointment of a guardian *ad litem* is necessary in this action to protect the rights of minor Plaintiff D.R.D. and because Plaintiff D.R.D. is a minor and the mother of minor Plaintiff D.R.D. is also a Plaintiff in this action and has claims against the Defendants. Further, minor

Plaintiff D.R.D.'s mother, Plaintiff Shameka Drye's application to be guardian *ad litem* was denied (Doc. 16).

33. I am the sister of Decedent Christian Drye and the aunt of minor Plaintiff D.R.D., the person I will be representing.

33. I am a responsible adult, fully competent and qualified to understand and protect the rights of the person I will represent, minor Plaintiff D.R.D., and I have no interests adverse to the interests of minor Plaintiff D.R.D. I am not a plaintiff in this matter.

I declare, under penalty of perjury and under the laws of the State of California and United States of America, that the foregoing is true and correct. Executed this 6th day of November 2023.

_____
Kara Conner

DATED: November 9, 2023

**LAW OFFICES OF DALE K. GALIPO**
**LAW OFFICES OF GRECH & PACKER**

By: /s/   Marcel F. Sincich
Dale K. Galipo
Marcel F. Sincich
Trent C. Packer
*Attorneys for minor Plaintiff* D.R.D.

DATED: November 9, 2023

By: /s/   Kara Conner
Kara Conner, [proposed] guardian *ad litem* for minor Plaintiff D.R.D.