# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEKA DRYE; L.N.M.D.; J.C.T.D.; D.R.D.; A.M.D.; P.N.K.D.; and DANNIE-ANN CONNER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HEMET; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:23-cv-02152<br><br>*Assigned to*:<br>Hon. Jesus G. Bernal<br>Hon. Kenly K. Kato<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF KARA CONNER FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR D.R.D.** |

1

[PROPOSED] ORDER re Kara Conner Application for Appointment as Guardian *Ad Litem* for Minor Plaintiff D.R.D.

# [PROPOSED] ORDER GRANTING APPLICATION OF KARA CONNER FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF D.R.D.

This Court, having reviewed and considered the Application of Kara Conner for Appointment as Guardian *Ad Litem* for minor Plaintiff D.R.D.; and the Consent of Nominee of Kara Conner for Appointment as Guardian *Ad Litem* for minor Plaintiff D.R.D., and good cause appearing, it is hereby ordered as follows:

Kara Conner is hereby appointed as Guardian *Ad Litem* for minor Plaintiff D.R.D.

**IT IS SO ORDERED.**

DATED: _____      _____
                            KENLY KIYA KATO
                            UNITED STATES MAGISTRATE COURT

2

[PROPOSED] ORDER re Kara Conner Application for Appointment as Guardian *Ad Litem* for Minor Plaintiff D.R.D.