# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEKA DRYE; L.N.M.D.; J.C.T.D.; D.R.D.; A.M.D.; P.N.K.D.; and DANNIE-ANN CONNER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HEMET; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:23-cv-02152-JGB-KKx<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION OF KARA CONNER FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR P.N.K.D. |

1

[~~PROPOSED~~] ORDER RE KARA CONNER APPLICATION FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF P.N.K.D.

# [~~PROPOSED~~] ORDER GRANTING APPLICATION OF KARA CONNER FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF P.N.K.D.

This Court, having reviewed and considered the Application of Kara Conner for Appointment as Guardian *Ad Litem* for minor Plaintiff P.N.K.D.; and the Consent of Nominee of Kara Conner for Appointment as Guardian *Ad Litem* for minor Plaintiff P.N.K.D., and good cause appearing, it is hereby ordered as follows:

Kara Conner is hereby appointed as Guardian *Ad Litem* for minor Plaintiff P.N.K.D.

**IT IS SO ORDERED.**

DATED: November 13, 2023

_____
KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE