**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

**LAW OFFICES OF GRECH & PACKER**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiffs*

Eugene P. Ramirez (State Bar No. 134865)
  epr@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Tel: (213) 624-6900 | Fax: (213) 624-6999

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEKA DRYE; L.N.M.D.; J.C.T.D.; D.R.D.; A.M.D.; P.N.K.D.; and DANNIE-ANN CONNER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HEMET; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:23-cv-02152 JGB (KKx)<br><br>**JOINT STIPULATION RE. THE PLEADINGS AND STATUS REPORT** |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:**

PLEASE TAKE NOTICE in accordance with L.R. 16-15.7 and L.R. 40-2 that the parties have reached a settlement of this entire case for a specified amount.

The settlement is between the minor Plaintiffs L.N.M.D., J.C.T.D., D.R.D., A.M.D., and P.N.K.D., by and though their guardian *ad litem*, Kara Conner, and Plaintiffs SHAMEKA DRYE and DANNIE-ANN CONNER and Defendants CITY OF HEMET, by and through their respective attorneys of record.

Upon finalization of the settlement, the entire case and all defendants shall be dismissed with prejudice. To finalize this settlement, Plaintiffs will be filing an unopposed *ex parte* application for minors' compromise.

For the efficiency of the parties and Court, the parties believe that it is not necessary for Defendants to file and answer to Plaintiffs' Complaint (Doc. 1).

Thus, the parties stipulate and request that the Court order that Defendant City of Hemet is not required to respond to the Complaint and that the Court will not set a scheduling conference in this matter.

DATED:   December 1, 2023     **LAW OFFICES OF DALE K. GALIPO**
                              **LAW OFFICES OF GRECH & PACKER**

                              By:  /s/   Marcel F. Sincich
                                   Dale K. Galipo
                                   Marcel F. Sincich
                                   Trent C. Packer
                                   *Attorneys for minor Plaintiffs*

DATED:   December 1, 2023     **MANNING & KASS**
                              **ELLROD, RAMIREZ, TRESTER LLP**

                              By:  /s/   Eugene P. Ramirez
                                   Eugene P. Ramirez
                                   *Attorneys for Defendant*