**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAMEKA DRYE; L.N.M.D.; J.C.T.D.; D.R.D.; A.M.D.; P.N.K.D.; and DANNIE-ANN CONNER,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF HEMET; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 5:23-cv-02152-JGB-KKx<br><br>**ORDER GRANTING JOINT STIPULATION RE. THE PLEADINGS AND STATUS REPORT** |

# ORDER GRANTING JOINT STIPULATION RE. THE PLEADINGS AND STATUS REPORT

This Court, having reviewed and considered the Parties Joint Stipulation Re. the Pleadings and Status Report, and GOOD CAUSE appearing, it is hereby ordered as follows:

Plaintiffs are not required to serve the Complaint on Defendants.

Defendants are not required to file an Answer to Plaintiffs' Complaint.

Plaintiffs may file their anticipated Unopposed *Ex Parte* Application for Minors' Compromise prior to this Court issuing a Scheduling Order.

**IT IS SO ORDERED.**

DATED: December 26, 2023

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT COURT