JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SHAMEKA DRYE; L.N.M.D.; J.C.T.D.; D.R.D.; A.M.D.; P.N.K.D.; and DANNIE-ANN CONNER,

Plaintiffs,

v.

CITY OF HEMET; and DOES 1-10, inclusive,

Defendants.

Case No. 5:23-cv-02152 JGB (KKx)

**ORDER APPROVING UNOPPOSED *EX PARTE* APPLICATION FOR APPROVAL OF COMPROMISE OF THE CLAIMS OF THE MINOR PLAINTIFFS L.N.M.D., J.C.T.D., D.R.D., A.M.D., and P.N.K.D.**

## ORDER

This Court, having considered minor Plaintiffs L.N.M.D., J.C.T.D., D.R.D., A.M.D., and P.N.K.D.'s Unopposed *Ex Parte* Application for Compromise of the Claims of the Minor Plaintiffs, and GOOD CAUSE appearing therefore, hereby GRANTS the Application and makes the following orders:

1.     The settlement of minor Plaintiffs L.N.M.D., J.C.T.D., D.R.D., A.M.D., and P.N.K.D.'s action against the Defendants in the gross amount of $4,750,000 is hereby approved.

2.    Defendant City of Hemet, through counsel, shall prepare and deliver the drafts for the gross settlement proceeds in the amount of $6,750,000 payable as follows:

A.    A draft for $3,584,965.95 shall be made payable to the "Law Offices of Dale K. Galipo, Client Trust Account," and sent to the Law Offices of Dale K. Galipo at 21800 Burbank Boulevard, Suite 310, Woodland Hills, California. These funds shall be used to satisfy (1) the attorneys' fees owed to the Law Offices of Dale K. Galipo and the Law Offices of Grech & Packer in the amount of $1,583,333.30 by minor Plaintiffs in total; (2) the pro rata amount in costs owed to minor Plaintiffs' attorneys in the amount of $1,632.65 in total; (3) the total gross settlement amount to Plaintiff Shameka Drye in the amount of $1,500,00, and (4) the total gross settlement amount to Plaintiff Dannie-Ann Conner in the amount of $500,000.

B.    Defendant City of Hemet will purchase a structured annuity for the minor Plaintiff L.N.M.D. in the amount of $ 633,006.81 from MetLife Assignment Company, Inc. (hereinafter referred to as "Assignee"), which will provide periodic payments to be made by Metropolitan Tower Life Insurance Company (hereinafter referred to as "Annuity Carrier") rated A+ Class XV by A.M. Best Company as set forth in "Exhibit A" to the Declaration of Marcel F. Sincich and in the table below. The total amount that L.N.M.D. will receive after the final payment is made directly to her from the annuity is $1,581,150.

C.    Defendant City of Hemet will deliver the annuity premium check, made payable to "MetLife Assignment Company, Inc.", to Plaintiff L.N.M.D.'s structured settlement company, Baldwin Settlements at 24265 Juanita Dr., Laguna Niguel, CA 92677, to fund the annuity.

D.    Defendant City of Hemet will purchase a structured annuity for the minor Plaintiff J.C.T.D. in the amount of $633,006.81 from MetLife Assignment Company, Inc. (hereinafter referred to as "Assignee"), which will

APPROVING UNOPPOSED *EX PARTE* APPLICATION FOR APPROVAL OF MINORS' COMPROMISE

provide periodic payments to be made by Metropolitan Tower Life Insurance Company (hereinafter referred to as "Annuity Carrier") rated A+ Class XV by A.M. Best Company as set forth in "Exhibit B" to the Declaration of Marcel F. Sincich and in the table below. The total amount that J.C.T.D. will receive after the final payment is made directly to her from the annuity is $1,738,750.

E.     Defendant City of Hemet will deliver the annuity premium check, made payable to "MetLife Assignment Company, Inc.", to Plaintiff J.C.T.D.'s structured settlement company, Baldwin Settlements at 24265 Juanita Dr., Laguna Niguel, CA 92677, to fund the annuity.

F.     Defendant City of Hemet will purchase a structured annuity for the minor Plaintiff D.R.D. in the amount of $633,006.81 from MetLife Assignment Company, Inc. (hereinafter referred to as "Assignee"), which will provide periodic payments to be made by Metropolitan Tower Life Insurance Company (hereinafter referred to as "Annuity Carrier") rated A+ Class XV by A.M. Best Company as set forth in "Exhibit C" to the Declaration of Marcel F. Sincich and in the table below. The total amount that D.R.D. will receive after the final payment is made directly to her from the annuity is $1,857,000.

G.     Defendant City of Hemet will deliver the annuity premium check, made payable to "MetLife Assignment Company, Inc.", to Plaintiff D.R.D.'s structured settlement company, Baldwin Settlements at 24265 Juanita Dr., Laguna Niguel, CA 92677, to fund the annuity.

H.     Defendant City of Hemet will purchase a structured annuity for the minor Plaintiff A.M.D. in the amount of $633,006.81 from MetLife Assignment Company, Inc. (hereinafter referred to as "Assignee"), which will provide periodic payments to be made by Metropolitan Tower Life Insurance Company (hereinafter referred to as "Annuity Carrier") rated A+ Class XV by A.M. Best Company as set forth in "Exhibit D" to the Declaration of Marcel

APPROVING UNOPPOSED *EX PARTE* APPLICATION FOR APPROVAL OF MINORS' COMPROMISE

F. Sincich and in the table below. The total amount that A.M.D. will receive after the final payment is made directly to her from the annuity is $2,048,925.

I.    Defendant City of Hemet will deliver the annuity premium check, made payable to "MetLife Assignment Company, Inc.", to Plaintiff A.M.D.'s structured settlement company, Baldwin Settlements at 24265 Juanita Dr., Laguna Niguel, CA 92677, to fund the annuity.

J.    Defendant City of Hemet will purchase a structured annuity for the minor Plaintiff P.N.K.D. in the amount of $633,006.81 from MetLife Assignment Company, Inc. (hereinafter referred to as "Assignee"), which will provide periodic payments to be made by Metropolitan Tower Life Insurance Company (hereinafter referred to as "Annuity Carrier") rated A+ Class XV by A.M. Best Company as set forth in "Exhibit E" to the Declaration of Marcel F. Sincich and in the table below. The total amount that P.N.K.D. will receive after the final payment is made directly to her from the annuity is $2,466,000.

K.    Defendant City of Hemet will deliver the annuity premium check, made payable to "MetLife Assignment Company, Inc.", to Plaintiff P.N.K.D.'s structured settlement company, Baldwin Settlements at 24265 Juanita Dr., Laguna Niguel, CA 92677, to fund the annuity.

3.    Annuity Carrier shall provide periodic payments in accordance with "Exhibit A" though "Exhibit E" to the Declaration of Marcel F. Sincich and as set forth in the table below.

4.    All sums and periodic payments set forth in the section entitled "Payments" constitute damages on account of personal injuries or illness, arising from an occurrence, within the meaning of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended.

5.    Disbursement drafts will be made payable and will begin being issued directly to minor Plaintiffs upon reaching the age of maturity according to the payment schedule:

4

APPROVING UNOPPOSED *EX PARTE* APPLICATION FOR APPROVAL OF MINORS' COMPROMISE

**Periodic Payments payable to L.N.M.D.**

| Payment | Guaranteed Benefit |
|---|---|
| **Monthly Benefit-Guaranteed Tax-Free $2,000.00** Payable monthly, guaranteed 6 years and 1 month only, beginning 12/29/2029 to 12/29/2035. | $146,000.00 |
| **Annual Benefit-Guaranteed Tax-Free $10,000.00** Payable annually, guaranteed 5 years only, beginning 12/29/2029 to 12/29/2033. | $50,000.00 |
| **Lump Sum- Guaranteed Tax-Free $75,000.00** Payable on 12/29/2036. | $75,000.00 |
| **Lump Sum- Guaranteed Tax-Free $120,000.00** Payable on 12/29/2039. | $120,000.00 |
| **Lump Sum- Guaranteed Tax-Free $190,150.00** Payable on 12/29/2042. | $190,150.00 |
| **Lump Sum- Guaranteed Tax-Free $1,000,000.00** Payable on 12/29/2045. | $1,000,000.00 |
| **Structured Amount: $633,006.81** | **Total Benefit: $1,581,150** |

**Periodic Payments payable to J.C.T.D.**

| Payment | Guaranteed Benefit |
|---|---|
| **Monthly Benefit-Guaranteed Tax-Free $2,000.00** Payable monthly, guaranteed 6 years and 1 month only, beginning on 12/19/2031 to 12/19/2037. | $146,000.00 |
| **Annual Benefit-Guaranteed Tax-Free $10,000.00** Payable annually, guaranteed 5 years only, beginning on 12/19/2031 to 12/19/2035. | $50,000.00 |
| **Lump Sum- Guaranteed Tax-Free $75,000.00** | $75,000.00 |

APPROVING UNOPPOSED *EX PARTE* APPLICATION FOR APPROVAL OF MINORS' COMPROMISE

| Payable on 12/19/2038. | |
|---|---|
| **Lump Sum- Guaranteed Tax-Free $170,000.00** Payable on 12/19/2041. | $170,000.00 |
| **Lump Sum- Guaranteed Tax-Free $297,750.00** Payable on 12/19/2044. | $297,750.00 |
| **Lump Sum- Guaranteed Tax-Free $1,000,000.00** Payable on 12/19/2047. | $1,000,000.00 |
| **Structured Amount: $633,006.81** | **Total Benefit: $1,738,750** |

### Periodic Payments payable to D.R.D.

| Payment | Guaranteed Benefit |
|---|---|
| **Monthly Benefit-Guaranteed Tax-Free $2,000.00** Payable monthly, guaranteed 6 years and 1 month only, beginning on 04/22/2033 to 04/22/2039. | $146,000.00 |
| **Annual Benefit-Guaranteed Tax-Free $10,000.00** Payable annually, guaranteed 5 years only, beginning on 04/22/2033 to 04/22/2037. | $50,000.00 |
| **Lump Sum- Guaranteed Tax-Free $75,000.00** Payable on 04/22/2040. | $75,000.00 |
| **Lump Sum- Guaranteed Tax-Free $195,000.00** Payable on 04/22/2043. | $195,000.00 |
| **Lump Sum- Guaranteed Tax-Free $391,000.00** Payable on 04/22/2046. | $391,000.00 |
| **Lump Sum- Guaranteed Tax-Free $1,000,000.00** Payable on 04/22/2049. | $1,000,000.00 |
| **Structured Amount: $633,006.81** | **Total Benefit: $1,857,000** |

6

APPROVING UNOPPOSED *EX PARTE* APPLICATION FOR APPROVAL OF MINORS' COMPROMISE

### Periodic Payments payable to A.M.D.

| Payment | Guaranteed Benefit |
|---|---|
| **Monthly Benefit-Guaranteed Tax-Free $2,000.00** Payable monthly, guaranteed 6 years and 1 month only, beginning on 07/18/2035 to 07/18/2041. | $146,000.00 |
| **Annual Benefit-Guaranteed Tax-Free $10,000.00** Payable annually, guaranteed 5 years only, beginning on 07/18/2035 to 07/18/2039. | $50,000.00 |
| **Lump Sum- Guaranteed Tax-Free $75,000.00** Payable on 07/18/2042. | $75,000.00 |
| **Lump Sum- Guaranteed Tax-Free $277,925.00** Payable on 07/18/2045. | $277,925.00 |
| **Lump Sum- Guaranteed Tax-Free $500,000.00** Payable on 07/18/2048. | $500,000.00 |
| **Lump Sum- Guaranteed Tax-Free $1,000,000.00** Payable on 07/18/2051. | $1,000,000.00 |
| **Structured Amount: $633,006.81** | **Total Benefit: $2,048,925** |

### Periodic Payments payable to P.N.K.D.

| Payment | Guaranteed Benefit |
|---|---|
| **Monthly Benefit-Guaranteed Tax-Free $2,000.00** Payable monthly, guaranteed 6 years and 1 month only, beginning on 12/22/2039 to 12/22/2045. | $146,000.00 |
| **Annual Benefit-Guaranteed Tax-Free $10,000.00** Payable annually, guaranteed 5 years only, beginning on 12/22/2039 to 12/22/2043. | $50,000.00 |
| **Lump Sum- Guaranteed Tax-Free $75,000.00** | $75,000.00 |

7

APPROVING UNOPPOSED *EX PARTE* APPLICATION FOR APPROVAL OF MINORS' COMPROMISE

| | |
|---|---|
| Payable on 12/22/2046. | |
| **Lump Sum- Guaranteed Tax-Free $485,000.00** Payable on 12/22/2049. | $485,000.00 |
| **Lump Sum- Guaranteed Tax-Free $710,000.00** Payable on 12/22/2052. | $710,000.00 |
| **Lump Sum- Guaranteed Tax-Free $1,000,000.00** Payable on 12/22/2055. | $1,000,000.00 |
| **Structured Amount: $633,006.81** | **Total Benefit: $2,466,000** |

6. Defendant City of Hemet will make a "qualified assignment" within the meaning of Section 130(c), of the Internal Revenue code of 1986, as amended, to Assignee, of the Defendant City of Hemet's liability to make the periodic payments as described in the above table and in "Exhibit A" through "Exhibit E" to the Declaration of Marcel F. Sincich filed concurrently herewith. Such assignment, if made, shall be accepted by the Plaintiff without right of rejection and shall completely release and discharge Defendant City of Hemet from such obligations hereunder as are assigned to Assignee. This includes that Defendant City of Hemet shall execute a Qualified Assignment document.

7. Defendant City of Hemet and/or Assignee shall have the right to fund its liability to make periodic payments by purchasing a "qualified funding asset," within the meaning of Section 130(d) of the Code, in the form of an annuity policy from the Annuity Carrier.

8. The Assignee shall be the owner of the annuity policy or policies and shall have all rights of ownership.

9. The Assignee will have the Annuity Carrier mail payments directly to the minor Plaintiffs, as set forth above. Shameka Drye (until each respective minor Plaintiff reaches the age of the majority) and then each respective minor Plaintiff

APPROVING UNOPPOSED *EX PARTE* APPLICATION FOR APPROVAL OF MINORS' COMPROMISE

shall be responsible for maintaining the currency of the proper mailing address and mortality information to Assignee.

**IT IS SO ORDERED.**

DATED:  January 25, 2024

_____
Honorable Jesus G. Bernal
United States District Judge

APPROVING UNOPPOSED *EX PARTE* APPLICATION FOR APPROVAL OF MINORS' COMPROMISE